No. 4750.—Pueblo, apldo., v. Mendía, aplte.—C. D. San Juan. Marzo 14, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Siendo los hechos del presente caso iguales a los del No. 4653, *Antonio C. Cosme*, peticionario, v. *José Candelario*, alcaide, hábeas corpus, resuelto por este tribunal el día 10 del corriente, por los fundamentos consignados en la opinión de dicho caso se revoca la sentencia apelada que en el presente caso dictó la Corte de Distrito de San Juan en enero 7, 1932, y se absuelve al acusado.

Apareciendo que los apelantes fallecieron, se decretó el sobreseimiento y archivo de los casos Nos. 4820, 4926 y 5011.

Nos. 4893 y 4894.—Pueblo, apldo., v. De Thomas, aplte.—C. D. Humacao. Diciembre 7, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el fiscal de esta corte solicita la desestimación del recurso por no haber radicado el apelante su alegato en tiempo;

Por cuanto, el apelante trata de justificar las varias prórrogas solicitadas en este caso con el exceso de trabajo de su abogado y alega que lo sucedido con una de las prórrogas se debió a una mala computación de fechas por parte del apelante;

Por cuanto, de conformidad con la práctica que hemos venido siguiendo en estos casos, hemos examinado el alegato últimamente archivado en esta corte y no considerando que las cuestiones suscitadas son de bastante seriedad para que se siga tramitando el recurso;

Por tanto, se desestima la apelación interpuesta por el acusado contra la sentencia dictada por la Corte de Distrito de Humacao con fecha 15 de junio de 1932.

No. 4908.—Pueblo, apldo., v. Moreno, aplte.—C. D. San Juan. Diciembre 20, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Interpuesta esta apelación el 21 de octubre de 1931, desde cuya fecha se concedieron prórrogas para que el taquígrafo hiciera la transcripción de la evidencia, venciendo la última el 3 de julio de 1932 sin que haya sido concedida otra nueva y sin que se hayan presentado en este tribunal los autos de la apelación, se desestima el presente recurso a instancia del fiscal.